FILED

09/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0128

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0128

_____

MICHAEL A. HEBERT,

     Plaintiff and Appellant,

   v.

SHIELD ARMS, LLC, BRANDON ZEIDER,
SETH BERGLEE, ERIC SQUIRES,
RAYMOND DEAN BRANDLY, and
SHIELD DEVELOPMENT GROUP, LLC.

     Defendants and Appellees.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 18 2024